JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL SEFTON, an individual<br><br>Plaintiff,<br>v.<br><br>ADRIAN NIALL ROSENBERG, an individual; AIRTIME LLC, a Hawaii limited liability company; RANDY WALDMAN, an individual; NICK VARTANIAN, an individual; DOES 1 through 10,<br><br>Defendants.<br>_____/ | Case No.: 2:25−cv−00639 FMO (SSCx)<br><br>**ORDER GRANTING THE STIPULATION [20] TO REMAND THE CASE** |

In furtherance of FRCP 1 and this Court's inherent powers, the Parties have stipulated and this Court, for good cause, Orders as follows:

1. Counsel for RAQUEL SEFTON, an individual ("Sefton") and the ADRIAN NIALL ROSENBERG, an individual ("Rosenberg") and AIRTIME LLC, a Hawaii limited liability company ("Airtime" and collectively with Rosenberg, the "Airtime Defendants") held a meet and confer conference on February 12, 2025 as required by FRCP 26(f), the local rules, and the Court's standing order.

2.    Following such conference, they filed a *Stipulation to Remand*.

3.    Sefton abandoned her civil claim for violation of 18 U.S.C. §38 thereby eliminating this Court's subject matter jurisdiction pursuant to 28 USC §1331. This Case No.: 2:25-cv-00639 FMO (SSCx) shall be remanded to the Superior Court for the State of California, County of Los Angeles.

4.    The remand of this matter will render the pending *Motion to Dismiss* moot. The matters set for February 27, 2025, March 13, 2025, and any other matters in this Federal Court are vacated.

5.    To allow the Parties time to discuss and explore settlement, Sefton shall have thirty (30) days from the entry of this Order to file her Amended Complaint.

6.    The Airtime Defendants shall have thirty (30) days after filing of the Amended Complaint to file a response to the Plaintiff's amended complaint. Such a response may include procedural defenses and motions including motions to quash and demurrer(s).

7.    The Airtime Defendants shall have thirty (30) days from the date on which the Plaintiffs file an amended complaint to file their response which may include procedural motions.

8.    The Airtime Defendants have not waived any claim or defense, including defenses of personal jurisdiction and venue.

IT IS SO ORDERED.

DATED THIS 24th day of February, 2025.

       /s/ Fernando M. Olguin  
UNITED STATES DISTRICT JUDGE